**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02357-LTB

JAMES WATTERS,

       Plaintiff,

v.

GLOBAL CREDIT & COLLECTION, INC.,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 8 - filed February 10, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:    February 11, 2010